JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HEARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　　Defendant. | Case No. 5:24-cv-01063-CV (MARx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**<br><br>**[DOC. # 44]** |

On November 17, 2025, the parties filed a Joint Stipulation to Dismiss Case. Doc. # 44 ("Stipulation"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Heard ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant") jointly move to dismiss this action in its entirety with prejudice as to all defendants and as to all claims for relief, with each party to bear its own costs and attorney's fees. *Id*. at 2.

The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The entire action is dismissed with prejudice.
2. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: 12/15/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE